# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DOCKETED

(1) KATHLENE HALEY, )
)
Plaintiff, )
)
vs. ) Case No. CIV-02-1315-T
)
(1) NORMAN REGIONAL HOSPITAL, )
(2) JERRY W. LEWIS, M.D., and )
(3) JAMES C. HILL, C.R.N.A., )
)
Defendants. )

FILED

NOV 0 1 2002

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

## PROTECTIVE ORDER

Pursuant to the motion for protective order filed herein by defendants, it is hereby ORDERED that any insurance information or insurance agreements, including the limits of such insurance agreements, produced by defendants in this litigation shall not be disclosed or disseminated, except in compliance with the following provisions:

1. The insurance information and documents identified above shall not be given, shown, made available, discussed or otherwise communicated in any form to anyone other than:

   (a) Attorneys and insurance carriers for the parties in this lawsuit, Case No. CIV-02-1315-T, and their employees;

   (b) The parties in this lawsuit; and

   (c) The court and any employees of the court designated by the court.

It shall be the responsibility of counsel receiving any insurance information protected from disclosure by this order to bring this order to the attention of all persons to

14

whom they disclose such documents, or information contained therein, and such persons are bound by the terms hereof.

2.    No document (including briefs, depositions and exhibits) containing such insurance information contained therein shall be filed with the clerk of the court unless it is filed under seal of court and marked with a legend substantially as follows: *"Confidential Subject to Protective Order."* No one other than persons described in subparagraphs (a) through (c) of paragraph 1 shall have access to such material.

3.    This order shall remain in effect unless and until it is superseded by further order of this court.

IT IS SO ORDERED THIS ____/____ DAY OF _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
GLEN D. HUFF              OBA No. 4449
DENISE D. CANADA     OBA No. 16818
FOLIART, HUFF, OTTAWAY & BOTTOM
First National Center - 20th Floor
120 North Robinson Avenue
Oklahoma City, Oklahoma  73102
405/232-4633; 405/232-3462 (FAX)

ATTORNEYS FOR DEFENDANT NORMAN REGIONAL HOSPITAL


_____
ROBERT C. MARGO       OBA No. 5688
CYNTHIA L. SPARLING  OBA No. 8480
SHORT WIGGINS MARGO & BUTTS
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, Oklahoma  73102
405/232-1211; 405/235-7025 (FAX)

ATTORNEYS FOR DEFENDANT JERRY W. LEWIS, M.D.


_____
STEPHEN PETERSON     OBA No. 7085
MICHAEL S. McMILLIN    OBA No. 12404
FENTON, FENTON, SMITH, RENEAU & MOON
211 North Robinson Avenue - Suite 800N
Oklahoma City, Oklahoma  73102-7106
405/235-4671; 405/235-5247 (FAX)

ATTORNEYS FOR DEFENDANT JAMES C. HILL, C.R.N.A.

APPROVED:

*[signature]*

DAVID L. THOMAS          OBA No. 8926
JERRY L. BREATHWIT       OBA No. 15194
1001 N.W. 63rd - Suite 200
Oklahoma City, Oklahoma   73116
405/810-1691; 405/810-1693 (FAX)

ATTORNEYS FOR PLAINTIFF